FILED: March 20, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 18-1965
(3:17-cv-00407-HEH)

---

DAVID A. CAMPBELL

Plaintiff - Appellant

v.

STONEMOR PARTNERS, LP

Defendant - Appellee

and

PAULA HARRIS, RVP; ANITA DEEB, Area Manager; LAUREN BAILEY, HR Compliance Manager; GINA MACK, Director Benefits & Administration

Defendants

---

M A N D A T E

---

The judgment of this court, entered February 12, 2019, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*